ALEX G. TSE (CABN 152348)
United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 18 00567 LHK |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography; and 18 U.S.C. § 2253 – Criminal Forfeiture |
| v. | ) |
| JONATHAN WELLS, | ) SAN JOSE VENUE |
| Defendants. | ) |

### INFORMATION

The United States Attorney charges:

COUNT ONE:          (18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography)

Beginning in or about 2011 and continuing to on or about April 28, 2016, in the Northern District of California and elsewhere, the defendant,

JONATHAN WELLS,

did knowingly receive via the internet at least one visual depiction, the production of which involved at least one minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, which depiction had been transported in interstate or foreign commerce, had been sent or received using any means or facility of interstate or foreign commerce, or which contained materials that

INFORMATION

had been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252(a)(2).

<u>FORFEITURE ALLEGATION:</u>    (18 U.S.C. § 2253(a) – Criminal Forfeiture)

1.  The allegations contained in Count One of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2.  Upon a conviction for the offense alleged in Count One of this Information, the defendant,

JONATHAN WELLS,

shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a):

   a. Any visual depiction described in Title 18, United States Code, Sections 2251 or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

   c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

The property to be forfeited includes, but is not limited to, the following:

   i. Hewlett Packard laptop, serial number 5CH1211E2W;
   ii. Western Digital internal hard drive, serial number WCANK2192392;
   iii. Western Digital internal hard drive, serial number WCANK2192459;
   iv. Western Digital external hard drive, serial number WCAZA4410917T;
   v. Seagate external hard drive, serial number NA5JGZ14;
   vi. Antec Computer Tower, serial number VN643ECDEATU1D;
   vii. 69 Compact Discs.

3.  If any of the property, as a result of any act or omission of defendant –

   a. cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third person;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property that cannot be divided without difficulty;

any and all interest the defendant has in other property shall be vested in the United States and forfeited to the United States pursuant 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

All pursuant to Title 18, United States Code, Section 2253(a), and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: 11/26/18

ALEX G. TSE
United States Attorney

_____
DANIEL KALEBA
Deputy Chief, Criminal Division

(Approved as to form: _____)
AUSA SCOTT SIMEON

INFORMATION                                    3

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**OFFENSE CHARGED**

18 U.S.C. § 2252(a)(2) – Receipt of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Prison term: Maximum 20 years, Minimum 5 years
Fine: Maximum $250,000
Supervised release term: Maximum Life, Minimum 5 Years
Mandatory special assessment: $5,100

**DEFENDANT - U.S**
▶ JONATHAN WELLS

DISTRICT COURT NUMBER
CR 18 00567 LHK
SVK

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction     ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

FILED
NOV 27 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
HSI Special Agent Sogol Jacks

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   Alex G. Tse
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Scott Simeon

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address: _____

Date/Time: _____  Before Judge: _____

Comments: