```
1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3                          SAN JOSE DIVISION

4

5      UNITED STATES OF AMERICA,      )   CR-18-00567 LHK
                                      )
6                       PLAINTIFF,    )   SAN JOSE, CALIFORNIA
                                      )
7                 VS.                 )   JUNE 5, 2019
                                      )
8      JONATHAN WELLS,                )   PAGES 1-12
                                      )
9                       DEFENDANT.    )
       _____)
10

11

12                      TRANSCRIPT OF PROCEEDINGS
                   BEFORE THE HONORABLE LUCY H. KOH
13                   UNITED STATES DISTRICT JUDGE

14

15     A P P E A R A N C E S:

16     FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                              BY:  SCOTT SIMEON
17                            150 ALMADEN BOULEVARD, SUITE 900
                              SAN JOSE, CALIFORNIA  95113
18

19     FOR THE DEFENDANT:     FEDERAL PUBLIC DEFENDER'S OFFICE
                              BY:  VARELL L. FULLER
20                            55 SOUTH MARKET STREET, SUITE 820
                              SAN JOSE, CALIFORNIA  95113
21

22

23     OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                                   CERTIFICATE NUMBER 9595
24

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
```

| | |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                          JUNE 5, 2019 |
| 2 | P R O C E E D I N G S |
| 3 | (COURT CONVENED AT 9:25 A.M.) |
| 4 | THE CLERK:  CALLING CASE 18-CR-567, THE UNITED STATES |
| 5 | VERSUS JONATHAN WELLS. |
| 6 | MR. SIMEON:  GOOD MORNING, YOUR HONOR. |
| 7 | SCOTT SIMEON ON BEHALF OF UNITED STATES. |
| 8 | MR. FULLER:  AND GOOD MORNING, YOUR HONOR. |
| 9 | VARELL FULLER FOR MR. JONATHAN WELLS.  HE'S PRESENT AND |
| 10 | HE'S BEFORE THE COURT OUT OF CUSTODY. |
| 11 | I'M PROVIDING THE COURT WITH A COPY OF THE PARTIES' |
| 12 | 11(C)(1)(A) AND (B) PLEA AGREEMENT THAT HAS BEEN EXECUTED BY |
| 13 | BOTH (HANDING). |
| 14 | THE COURT:  OKAY.  THANK YOU.  I'LL ASK MS. DIBBLE TO |
| 15 | FILE THIS AFTER TODAY'S HEARING. |
| 16 | ALL RIGHT.  WOULD YOU PLEASE SWEAR IN MR. WELLS. |
| 17 | THE CLERK:  YES. |
| 18 | PLEASE RAISE YOUR RIGHT HAND. |
| 19 | **(JONATHAN WELLS, DEFENDANT, WAS SWORN.)** |
| 20 | THE DEFENDANT:  YES. |
| 21 | THE CLERK:  THANK YOU. |
| 22 | THE COURT:  MR. WELLS, I HAVE SOME QUESTIONS TO ASK |
| 23 | YOU.  IF YOU NEED ME TO EXPLAIN OR REPEAT ANYTHING, WOULD YOU |
| 24 | PLEASE TELL ME? |
| 25 | THE DEFENDANT:  OKAY. |

```
 1                THE COURT:  IF YOU NEED TO SPEAK WITH YOUR ATTORNEY
 2    AT ANY TIME, WOULD YOU PLEASE DO SO?
 3                THE DEFENDANT:  OKAY.
 4                THE COURT:  YOU'VE TAKEN THE OATH, WHICH IS A PROMISE
 5    TO TELL THE TRUTH.  IF YOU MAKE ANY UNTRUE STATEMENTS DURING
 6    THIS CHANGE OF PLEA HEARING, THE GOVERNMENT CAN USE THOSE
 7    UNTRUE STATEMENTS TO PROSECUTE YOU FOR PERJURY.
 8         DO YOU UNDERSTAND THAT?
 9                THE DEFENDANT:  YES, I DO.
10                THE COURT:  WHAT IS YOUR TRUE NAME?
11                THE DEFENDANT:  JONATHAN RICHARD WELLS.
12                THE COURT:  HOW OLD ARE YOU?
13                THE DEFENDANT:  FORTY-SEVEN.
14                THE COURT:  WHAT IS THE HIGHEST LEVEL OF SCHOOLING
15    YOU ATTENDED?
16                THE DEFENDANT:  A.S. DEGREE.
17                THE COURT:  A.S., YOU MEAN AN ASSOCIATE'S DEGREE?
18                THE DEFENDANT:  ASSOCIATE'S.
19                THE COURT:  OKAY.  SO YOU'VE ATTENDED COLLEGE?
20                THE DEFENDANT:  YES.
21                THE COURT:  DID YOU READ YOUR PLEA AGREEMENT?
22                THE DEFENDANT:  YES, I DID.
23                THE COURT:  DO YOU UNDERSTAND YOUR PLEA AGREEMENT?
24                THE DEFENDANT:  YES, I DO.
25                THE COURT:  HAVE YOU HAD ENOUGH TIME TO DISCUSS YOUR
```

1     PLEA AGREEMENT WITH YOUR ATTORNEY?

2         THE DEFENDANT:  YES, I HAVE.

3         THE COURT:  HAS YOUR ATTORNEY BEEN ABLE TO ANSWER

4     YOUR QUESTIONS ABOUT YOUR PLEA AGREEMENT?

5         THE DEFENDANT:  YES, HE HAS.

6         THE COURT:  HAVE YOU DISCUSSED OR HAD ENOUGH TIME TO

7     DISCUSS WITH YOUR ATTORNEY WHETHER YOU SHOULD GO TO TRIAL AND

8     WHAT YOUR DEFENSES WOULD BE AT TRIAL?

9         THE DEFENDANT:  YES, WE HAVE.

10        THE COURT:  ARE YOU SATISFIED WITH THE SERVICES YOUR

11    ATTORNEY HAS PROVIDED TO YOU?

12        THE DEFENDANT:  YES, I AM.

13        THE COURT:  OTHER THAN THE PROMISES CONTAINED IN THIS

14    PLEA AGREEMENT, HAS ANYONE ELSE PROMISED YOU ANYTHING IF YOU

15    PLEAD GUILTY TODAY?

16        THE DEFENDANT:  NO.

17        THE COURT:  HAS ANYONE MADE ANY THREATS AGAINST YOU

18    IN ORDER TO GET YOU TO PLEAD GUILTY?

19        THE DEFENDANT:  NO.

20        THE COURT:  IS YOUR DECISION TO PLEAD GUILTY FREE AND

21    VOLUNTARY?

22        THE DEFENDANT:  YES.

23        THE COURT:  HAVE YOU TAKEN ANY DRUG OR MEDICATION

24    THAT AFFECTS YOUR ABILITY TO THINK CLEARLY AND UNDERSTAND WHAT

25    IS HAPPENING OR MAKE DECISIONS?

1   THE DEFENDANT: NO.
2   THE COURT: WOULD YOU PLEASE STATE THE ELEMENTS THAT
3   THE GOVERNMENT WOULD HAVE TO PROVE BEYOND A REASONABLE DOUBT IN
4   ORDER FOR MR. WELLS TO BE CONVICTED OF RECEIPT OF CHILD
5   PORNOGRAPHY?
6   MR. SIMEON: YES, YOUR HONOR.
7   THE ELEMENTS ARE AS FOLLOWS:
8   FIRST, THE DEFENDANT KNOWINGLY RECEIVED A VISUAL DEPICTION
9   IN INTERSTATE COMMERCE BY ANY MEANS, INCLUDING A COMPUTER;
10  SECOND, THE PRODUCTION OF SUCH VISUAL DEPICTION INVOLVED THE
11  USE OF A MINOR ENGAGED IN SEXUALLY EXPLICIT CONDUCT; THIRD,
12  SUCH VISUAL DEPICTION WAS OF A MINOR ENGAGED IN SEXUALLY
13  EXPLICIT CONDUCT; FOURTH, THE DEFENDANT KNEW THE SEXUAL
14  DEPICTION WAS OF SEXUALLY EXPLICIT CONDUCT; AND, FIFTH, THE
15  DEFENDANT KNEW THAT AT LEAST ONE OF THE PERSONS ENGAGED IN
16  SEXUALLY EXPLICIT CONDUCT IN SUCH VISUAL DEPICTION WAS A MINOR.
17  THE COURT: MR. WELLS, DO YOU UNDERSTAND THE ELEMENTS
18  THE GOVERNMENT WOULD HAVE TO PROVE BEYOND A REASONABLE DOUBT AT
19  TRIAL?
20  THE DEFENDANT: YES.
21  THE COURT: WOULD YOU PLEASE STATE THE MAXIMUM
22  PENALTIES PROVIDED BY LAW?
23  MR. SIMEON: YES, YOUR HONOR.
24  THE MAXIMUM PENALTIES ARE A PRISON TERM OF 20 YEARS; A
25  MINIMUM PRISON TERM OF FIVE YEARS; MAXIMUM FINE OF $250,000;

1  SUPERVISED RELEASE TERM OF A MINIMUM OF FIVE YEARS AND MAXIMUM
2  LIFE; RESTITUTION; A MANDATORY SPECIAL ASSESSMENT OF $5,100;
3  FORFEITURE; AND POTENTIAL DEPORTATION.
4          THE COURT:  MR. WELLS, I SAY THIS TO EVERY SINGLE
5  DEFENDANT.  IF YOU ARE NOT A UNITED STATES CITIZEN, IN ADDITION
6  TO POTENTIAL DEPORTATION, THERE MAY BE OTHER IMMIGRATION
7  CONSEQUENCES.
8       DO YOU UNDERSTAND ALL OF THE MAXIMUM PENALTIES PROVIDED BY
9  LAW?
10         THE DEFENDANT:  YES.
11         THE COURT:  OKAY.  I'M NEXT GOING TO ASK YOU ABOUT
12  RIGHTS THAT YOU HAVE TO MAKE SURE THAT YOU UNDERSTAND YOUR
13  RIGHTS AND THAT YOU'RE FREELY GIVING THEM UP.
14      DO YOU UNDERSTAND THAT YOU HAVE THE RIGHT TO A JURY TRIAL?
15         THE DEFENDANT:  YES.
16         THE COURT:  DO YOU GIVE UP THAT RIGHT?
17         THE DEFENDANT:  YES, I DO.
18         THE COURT:  DO YOU UNDERSTAND THAT YOU HAVE THE RIGHT
19  TO PLEAD NOT GUILTY AND TO REQUIRE THE GOVERNMENT TO PROVE YOUR
20  GUILT BEYOND A REASONABLE DOUBT?
21         THE DEFENDANT:  YES.
22         THE COURT:  DO YOU GIVE UP THAT RIGHT?
23         THE DEFENDANT:  YES, I DO.
24         THE COURT:  DO YOU UNDERSTAND THAT YOU HAVE THE RIGHT
25  TO BE REPRESENTED BY A LAWYER AT TRIAL AND AT ALL STAGES OF

```
1    THESE PROCEEDINGS?
2            THE DEFENDANT:  YES, I DO.
3            THE COURT:  DO YOU UNDERSTAND THAT IF YOU COULD NOT
4    AFFORD A LAWYER, THE COURT WOULD APPOINT A LAWYER TO REPRESENT
5    YOU?
6            THE DEFENDANT:  YES.
7            THE COURT:  DO YOU UNDERSTAND THAT YOU HAVE THE RIGHT
8    AT TRIAL TO SEE, HEAR, AND ASK QUESTIONS OF WITNESSES AGAINST
9    YOU?
10           THE DEFENDANT:  YES.
11           THE COURT:  DO YOU GIVE UP THAT RIGHT?
12           THE DEFENDANT:  YES, I DO.
13           THE COURT:  DO YOU UNDERSTAND THAT YOU HAVE THE RIGHT
14   TO TESTIFY AND TO PRESENT EVIDENCE AND A DEFENSE AT TRIAL?
15           THE DEFENDANT:  YES.
16           THE COURT:  DO YOU GIVE UP THAT RIGHT?
17           THE DEFENDANT:  YES, I DO.
18           THE COURT:  DO YOU UNDERSTAND THAT YOU HAVE THE RIGHT
19   TO REMAIN SILENT, NOT TO TESTIFY, NOT TO PRESENT ANY EVIDENCE
20   OR A DEFENSE?
21           THE DEFENDANT:  YES.
22           THE COURT:  DO YOU GIVE UP THAT RIGHT?
23           THE DEFENDANT:  YES, I DO.
24           THE COURT:  DO YOU UNDERSTAND THAT YOU HAVE THE RIGHT
25   TO CALL WITNESSES TO COME TO TRIAL TO TESTIFY ON YOUR BEHALF
```

1    AND TO HAVE THE COURT ORDER WITNESSES TO COME TO COURT TO
2    TESTIFY?
3            THE DEFENDANT:  YES.
4            THE COURT:  DO YOU GIVE UP THAT RIGHT?
5            THE DEFENDANT:  YES, I DO.
6            THE COURT:  DO YOU UNDERSTAND THAT IF YOU WERE TO GO
7    TO TRIAL AND TO BE CONVICTED, YOU WOULD HAVE THE RIGHT TO
8    APPEAL YOUR CONVICTION, THE JUDGMENT, YOUR SENTENCE, AND ANY
9    ORDERS MADE BY THE COURT?
10           THE DEFENDANT:  YES.
11           THE COURT:  DO YOU UNDERSTAND THAT IN PARAGRAPH 4 OF
12   YOUR PLEA AGREEMENT, YOU'RE GIVING UP YOUR RIGHT TO APPEAL YOUR
13   CONVICTION, ANY ASPECT OF YOUR SENTENCE, BUT YOU ARE KEEPING
14   THE RIGHT TO CLAIM THAT YOUR LAWYER WAS NOT EFFECTIVE.
15        LET ME CLARIFY THAT YOU'VE ALSO GIVEN UP YOUR RIGHT TO
16   APPEAL THE JUDGMENT AND ALL ORDERS OF THE COURT.
17           THE DEFENDANT:  YES.
18           THE COURT:  DO YOU UNDERSTAND THAT IN PARAGRAPH 5 OF
19   YOUR PLEA AGREEMENT -- WELL, FIRST, LET ME JUST ASK YOU, DO YOU
20   UNDERSTAND THAT YOU HAVE THE RIGHT TO FILE OTHER TYPES OF
21   MOTIONS OR PETITIONS ATTACKING ORDERS MADE BY THE COURT AND
22   ATTACKING YOUR CONVICTION AND YOUR SENTENCE?
23           THE DEFENDANT:  YES.
24           THE COURT:  DO YOU UNDERSTAND THAT IN PARAGRAPH 5 OF
25   YOUR PLEA AGREEMENT, YOU'VE GIVEN UP YOUR RIGHT TO FILE ANY

1    COLLATERAL ATTACK ON YOUR CONVICTION OR YOUR SENTENCE,
2    INCLUDING A PETITION UNDER 28 UNITED STATES CODE, SECTIONS 2255
3    AND 2241, BUT YOU HAVE KEPT THE RIGHT TO CLAIM THAT YOUR
4    COUNSEL WAS NOT EFFECTIVE?
5         THE DEFENDANT: YES.
6         THE COURT: IN THAT SAME PARAGRAPH, YOU'VE ALSO
7    AGREED NOT TO SEEK RELIEF UNDER 18 UNITED STATES CODE SECTION
8    3582.
9         DO YOU UNDERSTAND THAT?
10        THE DEFENDANT: YES.
11        THE COURT: WOULD YOU PLEASE STATE THE GOVERNMENT'S
12   OFFER OF PROOF?
13        MR. SIMEON: YES, YOUR HONOR.
14        IF THIS MATTER WERE TO PROCEED TO TRIAL, THE GOVERNMENT
15   WOULD BE PREPARED TO PROVE THE FOLLOWING FACTS BEYOND A
16   REASONABLE DOUBT:
17        FROM APPROXIMATELY 2011 TO 2016, IN SANTA CRUZ COUNTY,
18   CALIFORNIA, MR. WELLS KNOWINGLY AND INTENTIONALLY USED HIS
19   COMPUTER TO SEARCH FOR AND RECEIVE IMAGES AND VIDEOS OF MINORS
20   ENGAGED IN SEXUALLY EXPLICIT CONDUCT.
21        IN PARTICULAR, MR. WELLS USED THE INTERNET AND THE
22   PEER-TO-PEER FILE SHARING SOFTWARE EMULE, E-M-U-L-E, TO SEARCH
23   FOR AND DOWNLOAD IMAGES AND VIDEOS OF CHILD PORNOGRAPHY, AND
24   OTHERS USING EMULE WERE ABLE TO ACCESS AND ATTEMPT TO DOWNLOAD
25   IMAGES AND VIDEOS OF CHILD PORNOGRAPHY FROM HIS COMPUTER.

1    MR. WELLS KNEW THAT THE PRODUCTION OF THESE IMAGES AND
2    VIDEOS INVOLVED THE USE OF MINORS ENGAGED IN SEXUALLY EXPLICIT
3    CONDUCT, AND HE KNEW THAT PERSONS DEPICTED IN THESE IMAGES AND
4    VIDEOS OF SEXUALLY EXPLICIT CONDUCT WERE MINORS.
5         AMONG THE MATERIALS HE POSSESSED WERE MATERIALS THAT
6    PORTRAYED THE SEXUAL ABUSE AND EXPLOITATION OF INFANTS AND
7    TODDLERS.
8         THE NATIONAL CENTER FOR MISSING AND EXPLOITED CHILDREN, OR
9    NCMEC, PRODUCED A CHILD IDENTIFICATION REPORT THAT IDENTIFIED
10   4,288 IMAGES OF KNOWN CHILD PORNOGRAPHY.
11        IN TOTAL, MR. WELLS KNOWINGLY DOWNLOADED FROM THE INTERNET
12   AND POSSESSED OVER 7,000 IMAGES AND OVER 1,000 VIDEOS OF MINORS
13   ENGAGED IN SEXUALLY EXPLICIT CONDUCT.
14        THE COURT:  MR. WELLS, DID YOU HEAR AND UNDERSTAND
15   THE FACTS THE GOVERNMENT IS PREPARED TO PROVE?
16        THE DEFENDANT:  YES.
17        THE COURT:  SIR, ARE THOSE FACTS TRUE AND CORRECT?
18        THE DEFENDANT:  YES.
19        THE COURT:  WHAT IS YOUR PLEA TO COUNT ONE OF THE
20   INFORMATION WHICH ALLEGES RECEIPT OF CHILD PORNOGRAPHY
21   BEGINNING IN OR ABOUT 2011 AND CONTINUING TO ON OR ABOUT
22   APRIL 28, 2016, IN THE NORTHERN DISTRICT OF CALIFORNIA, IN
23   VIOLATION OF 18 UNITED STATES CODE SECTION 2252(A)(2)?
24        THE DEFENDANT:  GUILTY.
25        THE COURT:  MR. FULLER, DO YOU CONCUR IN MR. WELLS'S

```
 1        WAIVER OF RIGHTS AND ENTRY OF A GUILTY PLEA?
 2              MR. FULLER:  I DO, YOUR HONOR.
 3              THE COURT:  THE COURT ACCEPTS THE PLEA AND FINDS THAT
 4   MR. WELLS HAS MADE A KNOWING, INTELLIGENT, FREE AND VOLUNTARY
 5   WAIVER OF RIGHTS AND ENTRY OF A GUILTY PLEA.  THERE IS AN
 6   INDEPENDENT FACTUAL BASIS FOR EACH ELEMENT OF THE OFFENSE.
 7        WHEN WOULD YOU LIKE ME TO SET THIS FOR SENTENCING?
 8              MR. FULLER:  YOUR HONOR, IF WE COULD HAVE SOMEWHAT OF
 9   AN EXTENDED PERIOD OF TIME?  90 DAYS TAKES US OUT TO --
10              THE CLERK:  SEPTEMBER -- MID-SEPTEMBER.
11              MR. FULLER:  YOUR HONOR, IF WE COULD HAVE A DATE IN
12   OCTOBER?  THERE'S SOME CONSIDERABLE DEFENSE MITIGATION WE NEED
13   TO ENGAGE IN.
14              THE COURT:  THAT'S FINE.  LET ME JUST ASK MS. DIBBLE.
15        ARE WE OPEN THEN?
16              THE CLERK:  THAT'S FINE.
17              THE COURT:  WOULD YOU LIKE OCTOBER 2?
18              MR. FULLER:  THAT WOULD WORK, YOUR HONOR.
19              MR. SIMEON:  THAT'S FINE, YOUR HONOR.
20              THE COURT:  SO OCTOBER 2, 2019.  THAT'LL BE AT
21   9:15 A.M.
22        AND I AM REFERRING THIS MATTER TO THE UNITED STATES
23   PROBATION OFFICE FOR THE PREPARATION OF A PRESENTENCE REPORT.
24        ALL RIGHT.  ANYTHING MORE FOR TODAY?
25              MR. FULLER:  NOTHING FURTHER, YOUR HONOR.
```

1            MR. SIMEON:  NO, YOUR HONOR.
2            THE COURT:  NO?  OKAY.  THANK YOU VERY MUCH.
3       (THE PROCEEDINGS WERE CONCLUDED AT 9:35 A.M.)

CERTIFICATE OF REPORTER

    I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

    THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: FEBRUARY 5, 2020